STATE OF NEW JERSEY v. PETER BRESCIA.

January 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JOHNSON.

January 16, 1974. Petition for certfication granted. (See 125 *N. J. Super.* 344)

IN THE MATTER OF DUNCAN RAYMOND.

January 16, 1974. Petition for certification denied.

JEREMIAH LYONS v. HARTFORD INSURANCE GROUP.

January 16, 1974. Petition for certification denied. (See 125 *N. J. Super.* 239)

IN RE: JOSEPH ARTHUR ZICARELLI.

January 16, 1974. Petition for certification denied.

WILLIAM McCUE v. HELENE FULD HOSPITAL.

January 16, 1974. Petition for certification denied.